# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. **6:00-cr-143-Orl-31B**

**JOSE GERARDO MENDOZA-ALVAREZ**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

Pursuant to Local Rule 6.01(c)(16), on June 20, 2006, I conducted the Final Probation Revocation Hearing of the Defendant on the Petition for Warrant or Summons for Offender Under Supervision filed December 23, 2005 by Probation Officer Kevin Krause.

In the Petition, Probation Officer Kevin Krause alleges the Defendant was in violation of:

- **1. Alleged new criminal conduct occurring while on supervision**:

Which states that while on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance, and shall not possess a firearm or destructive device. The defendant shall comply with the standard conditions that have been adopted by this court.

On September 24, 2005, Mendoza was arrested by the Flagler County Sheriff's Office and charged with Possession of Cocaine, a 3rd degree felony in violation of Florida Statute 893.12(6A), Resisting an Officer without Violence, a 1st degree felony in violation of Florida Statute 843.02, and Possession of Fraudulent Identification, 3rd degree felony in violation of Florida Statute 322.212(1C). This is in violation of the conditions of supervision as set forth in the Judgment, which prohibits the defendant from committing another Federal, State or local crime while under supervision.

- **2. Failure to report:**

On August 13, 2002, Mendoza was deported to Mexico. At an unknown time and date, Mendoza reentered the United States of America without the written consent of the United States Attorney General and upon this return Mendoza was to immediately report to the United

States Probation Office upon his return. Mendoza has never reported to the United States Probation Office since his illegal reentry into the United States of America. Mendoza was found in the United States on or about September 24, 2005. This violates an additional condition of supervision as set forth in the Judgment.

The Defendant admitted violating the Conditions in part one of paragraph #1 relating to the charge of possession of cocaine, and also admitted paragraph #2 as set forth in the Petition for Warrant or Summons for Offender Under Supervision. The defendant was found not guilty in state court for the other allegations in paragraph #1, and the government will move to dismiss those parts of the violation set forth in paragraph #1 at sentencing.

Accordingly, the undersigned finds that the Defendant has violated the terms of his supervised release and respectfully recommends that the Court enter an Order to Show Cause why his supervised release should not be revoked.

The Defendant is in custody of the U.S. Marshal pending sentencing.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days of the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on this 28th day of June, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
United States Attorney
United States Probation Office
Counsel for Defendant
Jose Gerardo Mendoza-Alvarez