# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**FILED**

2006 JUL 17 PM 1: 42

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

-vs-

JOSE GERARDO MENDOZA-ALVAREZ

Case No. 6:00-cr-143-Orl-31DAB

## JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

This matter came before the Court on July 17, 2006 for consideration of a Report and Recommendation rendered by Magistrate Judge David A. Baker (Doc. No. 116), after a Final Probation Revocation Hearing on a Petition for Revocation filed by the Probation Officer on December 23, 2005. The Defendant was represented at the hearing by Clarence W. Counts, Jr., Esquire.

Having heard from the parties, it is

**ORDERED AND ADJUDGED** that Defendant's supervised release is hereby revoked and the defendant is committed to the custody of the United States Bureau of Prisons to be incarcerated for a term of 6 months with credit for time already served.

It is **FURTHER ORDERED** that upon release from imprisonment, Defendant is released from further supervision by this Court.

**DATED AND ORDERED** on July 17, 2006 in Orlando, Florida.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Certified Copies to:
Bureau of Prisons
Attorney for Defendant
U.S. Attorney's Office
U.S. Probation
U.S. Marshal